ROUSE v. LAKE SHORE & M. S. RY. CO. (Supreme Court, Appellate Division, Fourth Department. May 29, 1912.) Action by Minnie Rouse against the Lake Shore & Michigan Southern Railway Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

RUDIGER et al. v. COLEMAN et al. (Supreme Court, Appellate Division, Second Department. May 9, 1912.) Action by Eugene A. Rudiger and another against James S. Coleman and others. No opinion. Motion granted, without costs. Settle order before Mr. Justice Burr. See, also, 133 N. Y. Supp. 1142; infra.

RUDIGER et al. v. COLEMAN et al. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by Eugene A. Rudiger and another against James S. Coleman and others.

PER CURIAM. Motions denied. In our opinion leave to appeal to the Court of Appeals is unnecessary. See, also, supra.

RYCROFT v. PIERCE. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by Alice C. Rycroft against Henry C. Pierce.

PER CURIAM. Order (135 N. Y. Supp. 447) resettled, by adding to it the following clause: "Without prejudice to an application at Special Term for leave to renew the motion to open the default, upon satisfactory proof that the defendant was unable to come to New York to be present at the trial of the case, and that he has a defense on the merits."

RYERSON, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1912.) Action by Charles C. Ryerson, an infant, by Nettie Ryerson, his guardian ad litem, against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

RYON v. WILLCOX et al. (Supreme Court, Appellate Division, Second Department. May 1, 1912.) Action by John R. Ryon against William R. Willcox and others. No opinion. Hearing set down for Tuesday, May 14, 1912, at 1 p. m. See, also, infra.

RYON, Appellant, v. WILLCOX et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 17, 1912.) Action by John R. Ryon against William R. Willcox and others. No opinion. Judgment (supra) affirmed, with costs, on the opinion of Mr. Justice Blackmar at Special Term.

ST. CLAIR v. KLAW et al. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Appeal from Special Term, New York County. Action by Edith St. Clair against Marc Klaw and another. From an order denying a motion for severance of actions, defendants appeal. Affirmed. Benno Loewy, for appellants. Max D. Steuer, for respondent.

PER CURIAM. The order appealed from should be modified, by directing that the issue raised by the complaint and answer be first tried at Trial Term, and after such trial the issue as to the counterclaim and reply may be moved at Special Term by either party. As thus modified, the order is affirmed, with $10 costs and disbursements to the plaintiff.

SALOMON, Appellant, v. MOSES, Respondent, et al. (Supreme Court, Appellate Division, First Department. June 7, 1912.) Action by Walter J. Salomon against Moss F. Moses, impleaded with others. W. H. Bond, for appellant. C. J. Heermance, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SALOMON, Appellant, v. SALOMON, Respondent. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Amelia Salomon against Joseph Salomon. A. D. Lind, for appellant. Osborne & Lamb, for respondent. No opinion. Judgment affirmed. Order filed. See, also, 131 N. Y. Supp. 1142.

SAMUEL v. ODDIE & STAFFORD. (Supreme Court, Appellate Division, First Department. May 10, 1912.) Action by Johanna C. Samuel against Oddie & Stafford. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

SANTACAPITE, Respondent, v. AMERICAN LOCOMOTIVE CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by Luigi Santacapite against the American Locomotive Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, infra.

SANTACAPITE, Respondent, v. AMERICAN LOCOMOTIVE CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 28, 1912.) Action by Luigi Santacapite against the American Locomotive Company. No opinion. Motion for leave to go to Court of Appeals denied. See, also, supra.

SAUERBRUNN v. BOARD OF EDUCATION. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Arthur B. J. Sauerbrunn against the Board of Education. No opinion. Motion granted. Question certified. Order filed. See, also, 135 N. Y. Supp. 85.